**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Thomas Mabbott,<br><br>    Plaintiff,<br><br>v.<br><br>Pinnacle Asset Management, Inc., et al.<br><br>    Defendants. | Case No. 1:15-CV-01399<br><br>**ORDER ON PLAINTIFF'S MOTION**<br>**FOR DEFAULT JUDGMENT** |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Default Judgment.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT against Defendant Pinnacle Asset Management, Inc. and Roderick Ball, joint and severally, as follows:

- $ 1,000.00 in statutory damages for violations of the FDCPA;
- $10,140.00 in reasonable attorney fees; and
- $ 653.00 in reasonable costs.

**IT IS SO ORDERED.**

_____
Robert M. Dow, Jr.
United States District Judge
Northern District of Illinois

Date: 3/28/2016